UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:22-cv-01579-SSS-KKx | Date | November 28, 2022 |
|---|---|---|---|
| Title | Mark Moses, et al. v. Melinda Nazim, et al. | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE AS TO WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH THIS COURT'S ORDER [DKT. 9]

On September 8, 2022, *Pro Se* Plaintiffs Mark Moses and Angela Moses (the "Plaintiffs") filed a complaint against several defendants for claims relating to a lease agreement executed in 2018. [Dkt. 1]. Although there are two plaintiffs, the Plaintiffs submitted one Application to Proceed *In Forma Pauperis* (the "Application"). [Dkt. 3]

On September 21, 2022, the Court issued its Order Denying Plaintiff Mark Moses' Request to Proceed *In Forma Pauperis* (the "Order") [Dkt. 7], due to only one application having been filed and ordered Plaintiffs to file separate IFP Applications on or before **October 20, 2022**. On October 20, 2022, despite the Court's Order, Plaintiffs again submitted one Application. [Dkt. 8]. On November

7, 2022, the Court issued another Order Denying Plaintiff's Request to Proceed *In Forma Pauperis* [Dkt. 9], denying the application without prejudice, and ordering Plaintiffs to file separate IFP Applications—one for Mark Moses and one for Angela Moses—on or before **November 16, 2022**. As of the date of this Order, Plaintiffs have neither filed separate Applications, nor have they paid the filing fee.

Accordingly, the Court **ORDERS** Plaintiffs Mark Moses and Angela Moses to show cause why this action should not be dismissed for their failure to comply with the Court's Order.

Plaintiffs are required to respond in writing by filing a separate IFP Application on or before **December 19, 2022**, by 12:00 noon. Plaintiffs' failure to file their individual IFP Applications will result in the dismissal of this action.

**IT IS SO ORDERED.**